# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

CHRISTOPHER J. ANDERSON, ET AL.

        V.        CASE NUMBER: 5:08-CV-1016 (NAM/GJD)

EMERSON POWER TRANSMISSION
CORPORATION, ET AL.

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that Plaintiffs' motion to remand the action to the Clerk of the New York State Supreme Court, Tompkins County is granted pursuant to the Memorandum-Decision and Order of the Honorable Norman A. Mordue on July 29, 2009.

| | |
|---|---|
| July 29, 2009 | LAWRENCE K. BAERMAN |
| _____ | _____ |
| DATE | CLERK OF COURT |
| | |
| | s/ |
| | _____ |
| | DONNA M. FRANCISCO |
| | DEPUTY CLERK |